FRANK SWICK V. THE STATE.

No. 20446. Delivered May 31, 1939.

The opinion states the case.

*Tom B. Bartlett, Jr.,* of Marlin, and *Sam L. Harrison,* of Calvert for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

HAWKINS, Judge.

Under an indictment charging assault to murder with malice aforethought appellant was tried and convicted of aggravated assault and his punishment assessed at a fine of $250.00 and thirty days in the county jail.

No statement of facts is found in the record. No bills of exception are brought forward. Certain objections to the court's charge are found in the record, but they are impossible of appraisement without being advised as to the facts proven.

The judgment is affirmed.